United States District Court
Southern District of Texas
ENTERED

AUG 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 4 1998

Michael N. Milby, Clerk

LEROY H. PEACOCK              *

VS                            *    C.A. NO. B98 103

GARY JOHNSON, Director        *
Department of Criminal Justice
Institutional Division

O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 Motion to Vacate, Set Aside, or Correct Sentence on or before October 5, 1998.

DONE at Brownsville, Texas, this 4th day of August, 1998.

Fidencio G. Garza, Jr.
United States Magistrate Judge