14

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| LEROY H. PEACOCK | § | |
| | § | |
| versus | § | CIVIL ACTION B-98-103 |
| | § | |
| GARY L. JOHNSON | § | |
| | § | |

## Specific Referral to Magistrate Judge

This application for a writ of habeas corpus is referred to Magistrate Judge John Black for a report and recommendation.

Signed January 12th, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

orefcs.
MAG flag