15

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LEROY HAROLD PEACOCK, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B98 103 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

O R D E R

CAME ON THIS DAY to be considered Respondent Johnson's Motion to Appear *Pro Hac Vice* With Brief in Support, and this Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that Respondent Johnson's Motion to Appear *Pro Hac Vice* be GRANTED, and that KATHERINE D. HAYES is hereby permitted to appear *Pro Hac Vice* on Respondent Johnson's behalf.

SIGNED on this the _10_ day of _____, ~~1998.~~ 1999

_____
JUDGE PRESIDING